UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ANDREW NARRAWAY, *et al.*, <br><br> Plaintiffs, <br> v. <br> JAMES D MCCONVILLE, *et al.*, <br><br> Defendants. <br>_____/ | No. C 10-02648 LB <br><br> **ORDER RE DEFENDANTS' MOTIONS FOR EXTENSION OF TIME [Dkt. ##7, 11]** |

Pending before the Court are: (1) Defendant Chicago Title Company's Motion for an Extension of Time to Move, Plead, or Otherwise Respond to the Complaint (Dkt. #7); and (2) Defendant Stewart Title of California, Inc.'s Joinder in Chicago Title's Motion for Extension of Time (Dkt. #11). Plaintiffs have not filed an opposition to the Motions. The Court has considered the parties' requests and **ORDERS** as follows:

The Court **GRANTS** Chicago Title's Motion for Extension of Time (Dkt. #7). Chicago Title shall have until July 26, 2010 to respond to Plaintiffs' Complaint.

On June 23, 2010, Stewart Title filed a Motion to Dismiss (Dkt. #14). Accordingly, the

///

///

///

C 10-02648
Order Re Motions for Extension of Time

Court **DENIES** Stewart Title's request for an extension of time to respond to Plaintiffs' Complaint **AS MOOT**.

**IT IS SO ORDERED.**

Dated: June 29, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 10-02648
Order Re Motions for Extension of Time

2