Anna M. Rossi, State Bar No. 106229
Andrea Cianfrani, State Bar No. 266054
LAW OFFICES OF ANNA M. ROSSI
1120 Ballena Blvd., Suite 100
Alameda, California 94501
Telephone: 510.522.7900
Facsimile: 510.522.7909

Attorneys for Defendant AGNES KANTERE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW NARRAWAY et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAMES D. McCONVILLE et al., <br><br> Defendants. | Case No. 3:10-cv-02648 VRW <br><br> STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR DEFENDANT KANTERE TO RESPOND TO THE COMPLAINT <br><br> Action Filed: April 30, 2010 <br> Judge: The Honorable Vaughn R. Walker <br> Trial Date: None Set |

### RECITALS

1. Plaintiffs Andrew Narraway, Stephen Granat, Diane Granat, John Lundy, Nancy Lundy, John F. Lundy and Nancy A.M. Lundy as Trustees of the 2001 Lundy Family Trust, Gregory Righetti, Christina Righetti, Edward Schreiber, Angela Schreiber, Keith McVaney, Frances Greenspan, and MCapital Funding, LLC, a California limited liability company (collectively "PLAINTIFFS") filed the above captioned action on April 30, 2010 alleging claims against multiple defendants, including AGNES KANTERE, for 1) Financial Elder Abuse; 2) Constructive Fraud; 3) Fraud (Fraud in the Inducement, Misrepresentation & Concealment); 4) Aiding and Abetting; 5)Acquisition and Control of

Racketeering Enterprise; 6) Conspiracy to Conduct and Participate in Racketeering Enterprise and 7) Negligence.

2. The case was originally brought in the Superior Court of the State of California, County of Alameda.

3. On June 16, 2010, the case was removed to the United States District Court for the Northern District of California, San Francisco Division.

4. Defendant AGNES KANTERE was not served with the Complaint until August 31, 2010. At that time she was served by United States mail.

5. Defendant AGNES KANTERE has not yet responded to the Complaint.

6. On July 26, 2010 Defendants Chicago Title Company and on June 23, 2010 Stewart Title of California filed a Motion to Dismiss for the Failure to State a Claim under Federal Rule of Civil Procedure 12(b)(6) for various claims in this action. The Motions were originally scheduled to be heard by the Court on October 7, 2010, however on September 13, 2010 the Court vacated the motion hearing date for the motions. It is anticipated that the Court will hear the Motions on December 16, 2010.

7. On September 9, 2010, PLAINTIFFS filed Plaintiffs' Motion to Amend Complaint to Substitute Named Person for Doe Defendant and to Allege Newly Discovered Facts. The Motion is scheduled to be heard by the Court on December 16, 2010 at 10:00am

## JOINT STIPULATION

IT IS HEREBY STIPULATED by and between the PLAINTIFFS and Defendant AGNES KANTERE that:

1. PLAINTIFFS have granted an extension of time by which Defendant AGNES KANTERE shall file a responsive pleading to Plaintiffs' Complaint or Plaintiffs' First Amended Complaint (if the Court grants Plaintiffs' Motion to Amend the Complaint), until the later of 21 days after the Court enters a decision on: a) Plaintiffs' Motion to Amend Complaint to Substitute Named Person for Doe Defendant and to Allege Newly Discovered Facts; b)

-2-
STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME FOR DEFENDANT KANTERE TO RESPOND TO THE COMPLAINT– Case No. 3:10-cv-02648 VRW

Defendant Chicago Title's Motion to Dismiss for the Failure to State a Claim under Federal Rule of Civil Procedure 12(b)(6); or c) Stewart Title's Motion to Dismiss for the Failure to State a Claim under Federal Rule of Civil Procedure 12(b)(6).

Dated: September 15, 2010

By: *Andrea C. Cianfrani*
ANDREA C. CIANFRANI, Attorney for Defendant
AGNES KANTERE

Dated: September 15, 2010

By: *[signature]*
KYLE VAN DYKE, Attorney for PLAINTIFFS

IT IS SO ORDERED:

Dated: 9/16/2010

By: *[signature]*
The Honorable Judge Vaughn R Walker